UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CABLEVISION SYSTEMS NEW YORK CITY
CORPORATION,

                Plaintiff,         **JUDGMENT**

        - against -         00 Civ. 4648 (RR)(VVP)

JUAN RODRIGUEZ, individually and d/b/a
PENA SUPERMARKET,

                Defendants.
----------------------------------------------------------X

Order of the Honorable Reena Raggi, United States District Judge, having been executed on July 30, 2002; with no objections having been filed; entering Judgment against defendant Juan Rodriguez, individually and d/b/a Pena Supermarket in the amount of $7,306.00 comprised of $5,500.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,806.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the judgment is entered in favor of the plaintiff, Cablevision Systems New York City Corporation, against defendant Juan Rodriguez, individually and d/b/a Pena Supermarket in the amount of $7,306.00, comprised of $5,500.00 statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,806.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York
      October 20, 2005

                                                  s/Robert C. Heinemann
                                                  **Robert C. Heinemann**
                                                  **Clerk of the Court**